### Ginsburg *v.* Ginsburg, Appellant.

Argued June 21, 1967. *Frederick W. Anton, III,* for appellant; *S. Regen Ginsburg,* with him *John W. Kormes,* for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.